UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| David Robert O'Flynn | ) Case No.　12-13117-RLM-13 |
| | ) |
| Pamela Sue O'Flynn | ) |
| | ) |
| Debtor | |

## CERTIFICATE OF SERVICE

　　　I hereby certify that on January 16, 2013, a copy of the foregoing Notice on Amended Chapter 13 Plan was issued electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. The parties may access this filing through the Court's system.

　　　　　　　　Ann M DeLaney, anndelaney341@trustee13.com

　　　　　　　　Tom Scott & Associates, via email

　　　　　　　　U.S. Trustee, ustpregion10.in.ecf@usdoj.gov


　　　I further certify that on January 16, 2013, a copy of the foregoing Notice on Amended Chapter 13 Plan was mailed by US First-Class mail, postage prepaid and properly addressed to the following:


　　　　　　　　　　　　　　　　　　　/s/Ann M. DeLaney, Trustee
　　　　　　　　　　　　　　　　　　　Ann M. DeLaney, Trustee
　　　　　　　　　　　　　　　　　　　Office of Ann M. DeLaney, Trustee
　　　　　　　　　　　　　　　　　　　251 N. Illinois, Suite 970
　　　　　　　　　　　　　　　　　　　Indianapolis, IN  46204
　　　　　　　　　　　　　　　　　　　(317) 829-7360

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0756-1<br>Case 12-13117-RLM-13<br>Southern District of Indiana<br>Indianapolis<br>Tue Jan 15 12:58:33 EST 2013 | Bleecker Brodey & Andrews<br>9247 N Meridian St Ste 101<br>Indianapolis, IN 46260-1813 | St Francis Hospital<br>c/o Komyatte & Casbon, PC<br>9650 Gordon Drive<br>Highland, IN 46322-2909 |
| Accounts Recovery Bureau<br>555 Van Reed Rd.<br>Reading, PA 19610-1756 | Amber Martin<br>9266 N. 400 E.<br>Greenfield, IN 46140-9024 | Asset Recovery Sollutions LLC<br>2200 E. Devon Ave., Suite 200<br>Des Plaines, IL 60018-4501 |
| Bank of America<br>PO Box 982238<br>El Paso, TX 79998-2238 | Bleecker Brodey & Andrews<br>for Springleaf Financial Services<br>9247 N Meridian St #101<br>Indianapolis, IN 46260-1813 | Bleecker Brodey & Andrews on behalf of<br>Springleaf Financial Services<br>9247 N Meridian St #101<br>Indianapolis, IN 46260-1813 |
| Capital One Bank USA<br>P.O. Box 30281<br>Salt Lake City, UT 84130-0281 | Chase<br>PO Box 94014<br>Palatine, IL 60094-4014 | Chase Bank<br>P O Box 15298<br>Wilmington, DE 19850-5298 |
| Collection Associates<br>PO Box 349<br>Greensburg, IN 47240-0349 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | First Source Advantage, LLC<br>file #9822800<br>Buffalo, NY 14228 |
| Franciscan Alliance, Inc<br>Shelly Stiner MD<br>PO Box 6630383<br>Indianapolis, IN 46266-0001 | Franciscan Alliance, Inc<br>for St Francis Hospital & Health<br>PO Box 660041<br>Indianapolis, IN 46266-0041 | GLA Collection Company, Inc.<br>for Unitey Physician Group<br>2630 Gleeson Lane<br>Louisville, KY 40299-1772 |
| GMAC Mortgage<br>P.O. Box 4622<br>Waterloo, IA 50704-4622 | HSBC Bank<br>PO Box 5253<br>Carol Stream, IL 60197-5253 | Hancock County Superior Court 1<br>Cause #30D01-1207-CC-001475<br>Courthouse, Courthouse Square<br>Greenfield, IN 46140 |
| Hancock Regional Hospital<br>801 N State St<br>Greenfield, IN 46140-1270 | Hughes Net<br>PO Box 3475<br>Toledo, OH 43607-0475 | Huntington National Bank<br>Bankruptcy Department<br>P. O. Box 1558<br>Columbus, OH 43216-1558 |
| Huntington National Bank<br>PO BOX 89424<br>Cleveland, OH 44101-6424 | IMC Credit Services<br>6955 Hillsdale Court<br>Indianapolis, IN 46250-2054 | IMC Credit Services<br>for IN Physician Mgnt<br>6955 Hillsdale Court<br>Indianapolis, IN 46250-2054 |
| Indiana Department of Revenue<br>IN Govenment Center North<br>100 N. Senate, Rm N-240<br>Indianapolis, IN 46204-2231 | Indiana Heart Physicians<br>Dr. Doddapaneni/Dr Advani<br>PO Box 664134<br>Indianapolis, IN 46266-4134 | Inland Collections<br>for Radiology Associates<br>PO Box 34272<br>Indianapolis, IN 46234-0272 |

| | | |
|---|---|---|
| Joseph Mann & Creed<br>20600 Chargrin Blvd, Suite 550<br>Beachwood, OH 44122-5340 | Komyatte & Casbon, P.C.<br>9650 Gordon Drive<br>Highland, IN 46322-2909 | Midland Funding LLC<br>for Chase Bank<br>8875 Aero Drive<br>San Diego, CA 92123-2255 |
| Mira Med Rev Group<br>PO Box 77000, Dept 77304<br>Detroit, MI 48277-2000 | Mira Med Rev Group<br>for Solutions Heathcare<br>PO Box 77000, Dept 77304<br>Detroit, MI 48277-2000 | NCO Financial Systems<br>PO Box 12100<br>Trenton, NJ 08650-2100 |
| North Star Location Service<br>4285 Genesee St.<br>Buffalo, NY 14225-1943 | One Main Financial/Citi Financial<br>6801 Colwell Blvd.<br>Attn: C/S Care Dept<br>Irving, TX 75039-3198 | Professional Recovery Services Inc<br>PO Box 1880<br>Voorhees, NJ 08043-7880 |
| Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | (p)SPRINGLEAF FINANCIAL SERVICES<br>P O BOX 3251<br>EVANSVILLE IN 47731-3251 | St Francis Hospital<br>c/o Komyatte & Casbon, P.C.<br>9650 Gordon Drive<br>Highland, IN 46322-2909 |
| St. Francis Medical Group<br>PO Box 664134<br>Indianapolis, IN 46266-4134 | Statewide Credit<br>for Cumberland Medical Center<br>6957 Hillsdale Court<br>Indianapolis, IN 46250-2054 | Stoneleigh Recovery<br>PO Box 1479<br>Lombard, IL 60148-8479 |
| The Bureau Inc.<br>1717 Central St.<br>Evanston, IL 60201-1590 | Tom Scott & Associates<br>6100 N. Keystone Ave.<br>Ste. 454<br>Indianapolis, IN 46220-2429 | U.S. Trustee<br>101 W. Ohio St.. Ste. 1000<br>Indianapolis, IN 46204-1982 |
| Wells Fargo Home Mortgage<br>PO Box 10335<br>Des Moines, IA 50306-0335 | Ann M. DeLaney<br>PO Box 441285<br>Indianapolis, IN 46244-1285 | David Robert O'Flynn<br>9266 North 400 East<br>Greenfield, IN 46140-9024 |
| Pamela Sue O'Flynn<br>9266 North 400 East<br>Greenfield, IN 46140-9024 | Tom Scott2<br>5140 Madison Avenue, Suite 1-B<br>Indianapolis, IN 46227-4272 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Springleaf Financial<br>ATTN: Acct Resolution Center<br>600 N. Royal Ave.<br>Evansville, IN 47731 | (d)Springleaf Financial Services<br>10615 East Washington Street<br>Indianapolis, IN 46229-2611 | (d)Springleaf Financial Services<br>8232 East Washington Street<br>Indianapolis, IN 46219 |

(d)Springleaf Financial Services
ATTN: Acct Resolution Center
600 N. Royal Ave.
Evansville, IN 47731

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Wells Fargo Bank, N.A.                    End of Label Matrix
                                             Mailable recipients    52
                                             Bypassed recipients     1
                                             Total                  53