UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:
DAVID ROBERT OFLYNN                                          CASE NO.  12-13117-RLM-13
PAMELA SUE OFLYNN

DEBTOR(S)


MOTION TO COMPEL GMAC MORTGAGE TO ADDRESS CLAIMS ISSUE

    Comes now Ann M. DeLaney, Trustee herein, and moves the court for an Order requiring GMAC Mortgage. ("Creditor") to address claims issue, and in support of the motion states the following:

1) Debtor's Amended Plan (January 14, 2013) proposes to pay Creditor pre-petition arrearage and monthly post-petition mortgage conduit payments for second mortgage through the Trustee per General Order 09-0005.

2) In order to issue payments we must determine that Creditor has valid interest in the property in question. A proof of claim is needed along with a copy of the note, recorded mortgage, mortgage assignment(s) and information contained in Trustee Exhibit C.

3) The claims bar date was March 12, 2013, and Trustee's office has made attempts to request the creditor file the documents referenced in paragraph 2.

4) Despite the contacts, the Creditor has failed to file proofs of claim for either mortgage. The Trustee cannot make monthly payments to Creditor and funds are being held.

    WHEREFORE, your Trustee requests that the Court enter an Order requiring the Creditor to file a proof of claim by May 13, 2013.

                                                      Respectfully submitted,


DATE:  April 29, 2013                                            /s/ Ann DeLaney

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing Motion has been duly served upon the following individuals, by electronic or United States mail, first-class postage prepaid, on this date:  **April 29, 2013**:

| | |
|---|---|
| U. S. Trustee | *via electronic mail* |
| Tom Scott & Associates | *via electronic mail* |
| GMAC Mortgage | PO Box 4622, Waterloo, IA  50704 |
| Michael J. Kulak | Unterberg & Associates, PC, 8050 Cleveland Place<br>Merrillville, IN  46410 |
| David Robert OFlynn<br>Pamela Sue OFlynn | 9266 North  400 East, Greenfield, IN  46140 |

/s/ Ann DeLaney