SO ORDERED: April 30, 2013.



Robyn L. Moberly
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

IN RE:

DAVID ROBERT OFLYNN            ) CASE NO.  12-13117-RLM-13
PAMELA SUE OFLYNN

DEBTOR(S)

### ORDER COMPELLING GMAC MORTGAGE TO ADDRESS CLAIMS ISSUE

Trustee, Ann DeLaney, having filed a Motion to Compel GMAC Mortgage ("Creditor") to Address Claims Issue, And the Court, being duly advised in the premises, the Court is now of the belief that the Trustee's Motion be Granted, and it is therefore,

ORDERED that the Creditor is to file secured proof of claim with a copy of the note, recorded mortgage, mortgage assignment(s) and Trustee Exhibit C by May 13, 2013.

###