# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | DAVID ROBERT & PAMELA SUE O'FLYNN | | |
| **Case Number:** | 12-13117-RLM-13 | **Chapter:** | 13 |
| **Date / Time / Room:** | TUESDAY, JUNE 25, 2013 01:00 PM   IP 311 | | |
| **Bankruptcy Judge:** | ROBYN L. MOBERLY | | |
| **Courtroom Clerk:** | MARCELLA LOCKERT | | |
| **Reporter / ECR:** | MARCELLA LOCKERT | | |

## *Matter:*

Hearing: Trustee's Objection to Confirmation of Amended Chapter 13 Plan [45]

**R / M #:**   0 / 0

## *Appearances:*

Brian Brothers, Counsel for Trustee, Ann Delaney
JESS SMITH, ATTORNEY FOR DAVID ROBERT O'FLYNN, PAMELA SUE O'FLYNN

## *Proceedings:*

DISPOSITION: Hearing held. Parties report. Continuance requested. Matter rescheduled to 8/27/2013 @ 1:00 p.m. to be heard along w/ a pending Motion to Dismiss Case.

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**