B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of Indiana

In re  David Robert O'Flynn and Pamela Sue O'Flynn    ,    Case No.  12-13117-RLM-13

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Ocwen Loan Servicing, LLC | Wilmington Trust National Association, as Successor Trustee to Citibank, N.A. as Trustee for Bear Stearsns Second Lien Trust 2007-SV1, Mortgage-Backed Certificates, Series 2007-SV1 |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Attn: Bankruptcy Department
1661 Worthington Road, Suite 100
West Palm Beach, FL 33409

Court Claim # (if known):  14-1
Amount of Claim:  $35,347.18
Date Claim Filed:  05/13/2013

Phone:  800-850-4622
Last Four Digits of Acct #:  833

Phone:  
Last Four Digits of Acct. #:  833

Name and Address where transferee payments should be sent (if different from above):

Phone:  
Last Four Digits of Acct #:  

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Stephen K. Andrews    Date: 06/04/2014
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.