UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:  
DAVID ROBERT OFLYNN  
PAMELA SUE OFLYNN  
DEBTOR(S)

CASE NO. 12-13117-RLM-13

NOTICE OF PLAN COMPLETION

The Chapter 13 trustee hereby certifies that the debtor (s) has/have completed all payments under the confirmed Chapter 13 plan.

If the debtor(s) is/are eligible for a discharge, the debtor(s) is/are now required to file a Motion for Entry of Chapter 13 Discharge and Debtor's Certification of Eligibility on the Court's forms. Those forms are available at www.insb.uscourts.gov under Forms/Local/Chapter 13. (If applicable, the debtor(s) must also send notice of the filing of the Certification of Eligibility to any holder of a domestic support obligation.)

**FAILURE TO FILE THESE REQUIRED PLEADINGS WITHIN 30 DAYS AFTER THE FILING OF THIS NOTICE MAY RESULT IN THE CLOSING OF THE CASE WITHOUT A DISCHARGE**

Respectfully submitted,

DATE:  January 4, 2018

/s/Ann DeLaney  
Ann DeLaney  
P.O. Box 441285  
Indianapolis, IN  46244  
Telephone: (317) 829-7360  
Facsimile: (317) 829-7369  
Email:anndelaney341@trustee13.com

CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing Notice of Plan Completion has been duly served upon the following individuals, electronically or by United States mail, first-class postage prepaid, on this date January 4, 2018:

U. S. Trustee       *via electronic mail*

TOM SCOTT & ASSOCIATES      *via electronic mail*

DAVID ROBERT OFLYNN: 9266 NORTH 400 EAST, GREENFIELD, IN 46140

PAMELA SUE OFLYNN: 9266 NORTH 400 EAST, GREENFIELD, IN, 46140

/s/Ann DeLaney  
Ann DeLaney