UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:                        )
DAVID O'FLYNN                 )     CASE NO. 12-13117-RLM-13
       Debtor.                )

## MOTION TO REOPEN BANKRUPTCY CASE

Comes now Debtor David O'Flynn, by and through undersigned counsel, and in support of his Motion To Reopen Bankruptcy Case respectfully states the followings:

1. Debtor filed for bankruptcy under Chapter 13 on November 6, 2012.

2. Debtor's bankruptcy was concluded via an Order of Discharge dated February 2, 2018.

3. The Debtor requests this matter be reopened and the Chapter 13 proceeding be reinstated for the purposes of an Adversary Proceeding and the filing of a Complaint for Damages and Sanctions against **PHH Mortgage Corporation,** formerly known as Ocwen Loan Servicing, LLC, and Ocwen Financial Corporation.

4. The Debtor requests that this Court issue an order that provides for the reopening of this bankruptcy proceeding in order to allow for the litigation of the above referenced Complaint for Damages and Sanctions.

WHEREFORE, the Debtor prays for an order to reopen the bankruptcy proceeding and for all other relief just and proper in the premises.

Date: February 1, 2021

Respectfully Submitted,

<u>/s/ Travis W. Cohron</u>
Travis W. Cohron, No. 29562-30
Oliva A. Hess, No. 36166-49
CLARK QUINN MOSES SCOTT & GRAHN, LLP
320 N. Meridian Street, Suite 1100
Indianapolis, IN 46204
Telephone: (317) 637-1321
Fax: (317) 687-2344
tcohron@clarkquinnlaw.com
ohess@clarkqiunnlaw.com
*Attorneys for Debtor*