

_____
**Robyn L. Moberly
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT  
Southern District of Indiana  
46 E. Ohio St., Rm. 116  
Indianapolis, IN 46204

SF03505R (rev 03/2020)

In re:

**David Robert O'Flynn**,
**Pamela Sue O'Flynn**,
      Debtors.

Case No. **12–13117–RLM–13**

### ORDER ON MOTION TO REOPEN BANKRUPTCY CASE AND ORDER TO COMPLETE FILING

A Motion to Reopen Bankruptcy Case was filed on February 1, 2021, by Debtor David Robert O'Flynn.

**IT IS ORDERED** that the Motion to Reopen Bankruptcy Case is **GRANTED** and that this case is reopened.

**IT IS FURTHER ORDERED** that any pleading required by the Court or mentioned in the Motion to Reopen must be filed within **14 days** from the date of this order, or this case may be reclosed **without further notice or hearing**.

###